**99–1652. Johnson v. Rhodes.**
Washington App. No. 98CA26. Discretionary appeal allowed and cause consolidated with 99–1962, *Johnson v. Rhodes,* Washington App. No. 98CA26.

DOUGLAS, J., would allow only on Propositions of Law Nos. II and III.
PFEIFER, J., dissents.

**99–1755. Greene Cty. Agricultural Soc. v. Liming.**
Greene App. No. 98CA119.

F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1769. Painesville Bldg. Dept. v. Dworken & Bernstein Co., L.P.A.**
Lake App. No. 98–L–223.

PFEIFER and COOK, JJ., dissent.

**99–1771. Hamilton Cty. Community Mental Health Bd. v. Steele.**
Hamilton App. No. C–980965.

DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.

**99–1855. State v. Moore.**
Fairfield App. No. 99CA24. Discretionary appeal allowed and cause consolidated with 99–1960, *State v. Moore,* Fairfield App. No. 99CA24.

F.E. SWEENEY and COOK, JJ., dissent.